Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

SEP 27 1999
99-1379

**PART A** – Requesting Office (Also complete Part B, Items 1, 7-22, 32, 33, 36 and 39.)

1. Actions Requested: DETAIL 120 days
2. Request Number: 99-94-014
3. For Additional Information Call (Name and Telephone Number): ensia LaBorde, Administrative Officer (340)774-2743
4. Proposed Effective Date: 10/01/99
5. Action Requested By (Typed Name, Title, Signature, and Request Date): Conrad R. Hoover, United States Marshal, 09/23/99
6. Action Authorized By (Typed Name, Title, Signature, and Concurrence Date): Conrad R. Hoover, United States Marshal, 09/23/99

**PART B** – For Preparation of SF 50 (Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)

1. Name (Last, First, Middle): ORR, MICHAEL W.
2. Social Security Number: 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
3. Date of Birth: 07/10/57
4. Effective Date: 10/01/99

**FIRST ACTION**
- 5-A. Code / 5-B. Nature of Action: Detail NTE 1/29/2000
- 5-C. Code / 5-D. Legal Authority:
- 5-E. Code / 5-F. Legal Authority:

**SECOND ACTION**
- 6-A. Code / 6-B. Nature of Action:
- 6-C. Code / 6-D. Legal Authority:
- 6-E. Code / 6-F. Legal Authority:

14. FROM: Position Title and Number:

15. TO: Position Title and Number: PC# Acting Chief Deputy U.S. Marshal 1811

16. Pay Plan: GS
17. Occ. Code: 1811
18. Grade or Level: 14
19. Step or Rate: 2
20. Total Salary/Award:
21. Pay Basis: PA

20A. Basic Pay: 65,686.00
20B. Locality Adj.
20C. Adj. Basic Pay
20D. Other Pay

22. Name and Location of Position's Organization: ±20% COLA
U.S. Marshals Service
District of the Virgin Islands
MS 01 71 0010

**EMPLOYEE DATA**

23. Veterans Preference: 
- 1 – None
- 2 – 5-Point
- 3 – 10-Point/Disability
- 4 – 10-Point/Compensable
- 5 – 10-Point/Other
- 6 – 10-Point/Compensable/30%

24. Tenure: 
- 0 – None
- 1 – Permanent
- 2 – Conditional
- 3 – Indefinite

25. Agency Use:
26. Veterans Preference for RIF: NO ✓

27. FEGLI:
28. Annuitant Indicator: 9
29. Pay Rate Determinant: 0

30. Retirement Plan: 1
31. Service Comp. Date (Leave): 3/30/86
32. Work Schedule: F
33. Part-Time Hours Per Biweekly Pay Period:

**POSITION DATA**

34. Position Occupied:
- 1 – Competitive Service
- 2 – Excepted Service
- 3 – SES General
- 4 – SES Career Reserved

35. FLSA Category: E – Exempt / N – Nonexempt: E
36. Appropriation Code:
37. Bargaining Unit Status: 8888

38. Duty Station Code: RQ 0480 000
39. Duty Station (City – County – State or Overseas Location): ST. THOMAS, VIRGIN ISLANDS

40. Agency Data | 41. | 42. | 43. | 44.

45. Educational Level | 46. Year Degree Attained | 47. Academic Discipline | 48. Functional Class | 49. Citizenship: 1 – USA  8 – Other | 50. Veterans Status | 51. Supervisory Status

**PART C** – Reviews and Approvals (Not to be used by requesting office.)

| Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. | h— | 9/27/99 | D. | | |
| B. | | | E. | | |
| C. | | | F. | | |

Approval: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

Signature: Mary S. Cassady
Approval Date: 9/29/99

CONTINUED ON REVERSE SIDE
OVER
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6239

PLAINTIFF'S EXHIBIT 3



**Justice**

U.S. Department of

**United States Marshals Service**
*Puerto Rico Fugitive Task Force*

Post Office Box 37179
San Juan, Puerto Rico   00937-0258

Telephone          (787) 724-5444
Facsimile  (787) 289-7117

September 4, 1999

**MEMORANDUM**

To:         Herman WIRSHING
            U.S. MARSHAL
            D/PR

From:       Michael W. ORR
            ACDUSM
            D/PR, PRFTF

Regarding:  GS-15 CDUSM Position

    With the recent announcement by CDUSM SOTO that he has accepted a position in Washington D.C., and the impending vacancy that this position leaves, I want to take a moment to express my desire to fill his position on a temporary basis when he leaves. I also want to express my belief that I am ready to fill such a position, and provide documentary evidence of that statement. Additionally, I want to share with you my personal and professional goals, my personal situation, and my immediate hopes and plans. I hope for your assistance in reaching these.

    I have set each of these forth in the following pages. I would welcome the opportunity to discuss them with you.

## ACCOMPLISHMENTS WITHIN THE PRFTF

### *ARRESTS*

As chart 1 below reflects, during 1998 there was a drastic downturn in numbers of arrests at the PRFTF. This downturn continued through January 1999, until I was in place as ACDUSM in charge of the PRFTF. Since that time there has been a steady increase in productivity (numbers of arrests) as is reflected by chart 2. I believe that this is directly related to my management style and abilities. Additionally, this has occurred during a time when the PRFTF has assisted the District at unprecedented levels.

### *CHART 1*

| Total Arrests 1998-PRFTF-By Month | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 24 | 19 | 18 | 24 | 18 | 24 | 14 | 16 | 20 | 18 | 13 |



1998 PRFTF ARRESTS-JANUARY TO DECEMBER

*CHART 2*

| TOTAL ARRESTS 1999-PRFTF-by Month | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| _8_ | _21_ | _23_ | _18_ | _22_ | _24_ | _23_ | _26_ | _N/A_ | _N/A_ | _N/A_ | _N/A_ |



As these charts reflect, there was a downturn in the number of arrests in 1998, which continued into January 1999, when I first assumed responsibilities for the PRFTF. Since that time there has been a steady upturn, resulting in over 20 arrests made monthly.

## *FINANCES*

In 1998 the HIDTA portion of the PRFTF budget was $74,800.00. I believe this figure was based on the same figure used in 1997. In 1999 when I drew up the HIDTA budget request I was able to secure additional funding from HIDTA in June of this year. HIDTA voted to increase the PRFTF budget by some $48,000.00, or approximately 66%, for a total of over $122,000.00. This was a direct reflection of their realization of the important role that the PRFTF is playing in Puerto Rico and in the United States, as well as a reflection of the current work that I am performing.

## *MORALE*

While there is no quantitative means in which to measure the morale and job satisfaction of individuals assigned to the PRFTF, I believe that questioning of the officers will reflect an increase in morale since I have taken the helm. As you have told me in the past, you are aware that the officers like and respect me.

## *DISTRICT SUPPORT*

Since the end of the Puerto Rico holiday season in January, 1999, a time that coincided with my arrival to assume the position of Assistant Chief Deputy at the helm of the Puerto Rico Fugitive Task Force, the unit has compiled impressive arrest statistics. The infusion of Senior Deputy Marshals from the District of Puerto Rico led to an actual decrease in manpower assigned to the Task Force. Each of these individuals have on countless occasions been recalled to district operations for their particular area of expertise. On many instances, they were deemed as "the only person who can do this job" based upon their years of experience at handling the various tasks. At numerous times, more than half of the allotted eight Deputies were taken away from their fugitive investigations to resolve these district emergencies. Activities ranged from Acting Supervisor of Operations to an AUSA protective detail, from needing firearms instructors for qualification week to endless special projects, and most often was simply the need for extra support regarding the routine court production of prisoners.

Also during this period, there was a new innovation for the District of Puerto Rico called "Home Leave." This resulted in the Senior Deputy Marshals having acquired vast amounts of leave time and the need to use this leave all at once and quickly. This further depleted the manpower resources of the Task Force while these persons were on leave for periods ranging from one to two months.

The bottom-line consequence of these circumstances are that fewer investigators have been actively and consistently working the cases of the Puerto Rico Fugitive Task Force, while the Task Force arrest numbers for 1999 have shown a steady increase over those of

1998 when it was staffed by temporary duty Deputy Marshals who could devote their entire efforts solely to catching fugitives, instead of the activities they have been called away so often to do.

## PROFESSIONAL GOALS

### GS-15 CDUSM

My professional goals are summed up in the job title. I desire to be a GS-15 CDUSM in a USMS district. I would of course prefer that this be in Puerto Rico, a district that I have come to love.

## PERSONAL GOALS

### FAMILY

My family is the most important over riding concern in my life. As I stated in my letter to headquarters dated September 14, 19981, my reason for desiring to come to Puerto Rico was my family. This is still my desire, to do what is best for my family.

## PERSONAL SITUATION

### CHILDREN

Since being promoted to the job of ACDUSM in charge of the PRFTF I filed a change of domicile with the family law court in Michigan. Since that filing the court has temporarily taken custody of our two oldest children (my step-sons) from us, to their biological father in Michigan. This was done in large part based on the ignorance and misunderstanding that many people have of Puerto Rico. The Judge in this case believed that Puerto Rico was a foreign country.

Since custody was temporarily changed, my wife has been commuting back and forth from here to Michigan to make court appearances. We have had to maintain a residence in Michigan, and have amassed over $15,000.00 in court and attorney related fees. We have also spent in excess of $10,000.00 in travel and lodging fees.

Finally, earlier this week I was told that the court case in Michigan, which the Judge has heard for an aggregate of fewer than 40 hours over the last 11 months, is now re-scheduled for December of this year. I was also told that the Judge will give us 4 hours on each of two days to hear the case.

While all this continues to drag on, my children, the very family members that I stated in my September 14, 1998 letter were my reason to desire living in Puerto Rico, are in Michigan.

## IMMEDIATE PLANS

### *PROFESSIONAL*

My immediate plans are to seek a GS-15 position. I would like this to be in the Puerto Rico office, but because of my situation with my children, I am willing to move to accomplish this. By moving I would be in the continental U.S. where costs of commuting back and forth to Michigan would be considerably less. In this stead I have applied for MPA-99-060, the GS-15 CDUSM position in N/FLA. If in the interim the court case in Michigan should go our way, and our family should be re-united in Puerto Rico, I have no intention of leaving Puerto Rico. This would be the best of all worlds, where I could continue to enjoy being a part of the district family that is D/PR.

### *PERSONAL*

My immediate personal desires and goals are to do whatever it takes to get and keep my family intact.