U.S. Department of Justice

United States Marshals Service

*District of Puerto Rico*

---

Hato Rey, PR 00918

December 13, 1999

MEMORADUM FOR: All Employees

    FROM: Herman J. Wirshing
           U.S. Marshal

    SUBJECT: Temporary assignments

Effective immediately, Supervisory Deputy U.S. Marshal Juan J. Donato will be acting as Chief Deputy U.S. Marshal and Supervisory Deputy U.S. Marshal Francisco López will be acting as Assistant Chief Deputy U.S. Marshal..

Your cooperation and assistance is expected and appreciated.



PLAINTIFF'S EXHIBIT 4