```
From:       Herman Wirshing
To:         HQMAIL2.DIR(jmarshal)
Date:       12/17/99 9:20am
Subject:    FAMILY -Forwarded -Reply
```

Dear Director: I have read the ACDUSM memo to you by passing all existing chain of command and not having the courtesy of notifying the district of his intentions. Furthermore he was detailed to the district of the Virgin Islands on October 1 upon his request because that will help his package in his career progression within our organization. Since his TDY assignment he has been too busy to contact the D/PR to inquire about the task force the sensitive Vieques situation and district matters. his enclosures pertaining the task force performance are other matters that I can address personally with you. I strongly recommend to you the approval of his request to Detroit or the Virgin Islands.

Regards

Herman

Pd; Happy Holidays to you and your family see you in the next century.

PLAINTIFF'S EXHIBIT 5
PENGAD-Bayonne, N.J.