```
From:      Michael Orr
To:        MSJPR.PO.hwirshin
Date:      1/8/00 9:22am
Subject:   GS-15 CDUSM in Puerto Rico
```

Marshal WIRSHING,

   I wanted to let you know that I just heard that the interviews for the GS-15 CDUSM position in Puerto Rico are scheduled for some time in February or March. I also wanted to let you know how much I am looking forward to serving as GS-15 CDUSM in Puerto Rico should I be selected.

   As much as this is the case, I also wanted to let you know that a GS-14 opening in Detroit, Michigan exists. Should I be selected for that position I would not be able to serve as GS-15 CDUSM in Puerto Rico. As you and I have talked many times before, while a persons career is important, the family is more important.

   Thank you for your consideration of this matter.

   Michael Orr, ACDUSM

CC:        morr

PLAINTIFF'S EXHIBIT 6