7262

February 09, 2000

MEMORANDUM TO:   Michael Orr
                 District of Virgin Islands

INFO. COPY TO:   USM, District of Virgin Islands

FROM:            Sandra Lyles, Acting Team Leader
                 Career Programs Team

SUBJECT:         Consideration for GS-15 Positions

You are certified to be interviewed in consideration for the position(s) listed below. Your interview schedule is:

BRIEFING:   Thursday, February 24, 2000 at 6:00 p.m. (Mandatory but casual)

INTERVIEW:  Friday, February 25, 2000

LOCATION:   The Omni Royal Orleans Hotel, 621 St. Louis Street, New Orleans, LA

POSITION:   MPA # 99-078, CDUSM, GS-1811-15, D/Puerto Rico

This is your authorization to travel and incur necessary per diem expenses. You should make your own travel arrangements to New Orleans, LA. Please use city pairs or discount air fares when possible. Charge your travel and per diem expenses to your district/division. These expenses will not be reimbursed. Overtime is not authorized.

A room has been reserved in your name for 1-2 nights at the Omni Royal Orleans Hotel (504) 529-7010. Your interview will be the following day and takes approximately three hours. You may stay the evening after your interview if you are not able to arrange to leave the same day. You must call the hotel and guarantee your room reservation with a credit card. Cancellations must be made within 72 hours prior to arrival or your credit card will be billed. Let the hotel know how many nights you need to stay when you confirm your reservation. Room rates are $88 per night, plus tax and M&IE is $42. Please request tax exempt forms at the front desk upon arrival.

PLAINTIFF'S EXHIBIT 7

A mandatory briefing is scheduled for 6:00 p.m. at the hotel the evening before your interview. Please arrive in time so that you may attend that meeting. We will assemble in the hotel lobby.

If you have any questions, please contact Sandra Lyles at (202) 307-5250.