**U.S. Department of Justice**  —  **Official Travel Request and Authorization**
*(Privacy Act Statement on Reverse of Last Part)*

## REQUEST

| | |
|---|---|
| **Traveler's Name** Michael W. ORR | **Document Number** A-02-03 |
| **Social Security Account Number** 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 | **Accounting Classification** 150032↑ 2100 |
| **Requested By** Signature: [signed] | **Organization** U.S. Marshals Service |
| **Title** ACDUSM  **Date** 02-16-2000 | **Official Duty Station** SAN JUAN, PUERTO RICO |

**Planned Itinerary**

[ ] Foreign travel. Must be approved as required by DOJ travel regulations

From: ST. THOMAS, USVI
VIA: AMERICAN AIRLINES
VIA:
VIA:
VIA:

To: NEW ORLEANS, LA
And return [ X ]

Dep. Date: 02-24-2000
Return Date: 02-26-2000

**Estimated Cost**
Transportation $1,030.00 (approximate)
Actual subsistence or per diem $281.00
Other
Total $1,311.00

[ X ] ATM Advance Authorized

**Mode of Transportation Authorized** (Check applicable box(es))
[ x ] BY COMMON CARRIER
[ ] BY GOVERNMENT-FURNISHED AUTO
[ ] BY RENTAL VEHICLE OR SPECIAL CONVEYANCE
[ ] POV DETERMINED TO BE MOST ADVANTAGEOUS TO GOVERNMENT
[ ] COST NOT TO EXCEED THAT OF COMMON CARRIER
[ ] BASED ON COST OF GOVERNMENT FURNISHED AUTO
[ ] $ MILEAGE RATE AUTHORIZED
[ ] OTHER
GSA (BOAC)

**Mode of Subsistence Authorized** (Check type)
[ ] Actual subsistence up to $ per day
   Actual subsistence requires approval by appropriate authorizing official
[ ] Per diem based on lodging plus meals and incidental expenses NTE $130.00
[ ] Per diem of $ per day
[ ] Extended TDY (Reduced Rate)

**Other Authorization** (When the following type(s) of expense(s) can be anticipated, check the appropriate box (es))
[ ] 1. Use of premium class. If premium class air is to be authorized forward to appropriate authorizing official. (Justify below or attach separate sheet).
[ ] Upgrade to premium class at no extra cost
[ ] 2. Use of foreign flag air carrier(s) as shown in justification statement below.
[ ] 3. Rental of business quarters (hire of room, quarters for conference, etc.)
[ ] 4. Other. Specify Below

**Purpose of Travel**
[ X ] a. Operational/Managerial
[ ] b. Training
[ ] c. Meetings, Conferences and Speeches
[ ] d. Relocation Travel (attach Form DOJ-502)
[ ] Other Travel

**Justification** (if appropriate)

MPA #99-078, GS-1811-15 D/PR INTERVIEW

Travelers are accountable for all transportation tickets, Government Transportation Requests (GTR's), or other transportation procurement documents received by them in connection with their official travel. If trips are cancelled or itineraries changed after tickets (or GTR's) are issued to the traveler, the traveler is liable for the value of the ticket issued until all ticket coupons have been used for official travel purposes. or all unused tickets or coupons are properly accounted for on the travel voucher. See paragraphs 301-3.5, 301-10.2(a), and 301-11.5 of the DOJ Travel Supplement, for administrative procedures on the control of and accountability for passenger transportation documents.

## AUTHORIZATION

You are authorized to travel at government expense in accordance with DOJ travel regulations, under the conditions outlined in this authorization. You are also authorized to make long distance telephone calls when they are necessary and in the interest of the government.

Signature: [signed]   Title: JOSE I. GARCIA, Administrative Officer, U.S. Marshals Service   Date: 02-16-00

Authorization of actual subsistence and foreign travel is limited by DOJ travel regulations.

A travel voucher must be submitted within 10 workdays after the travel is completed, or not later than the 10th workday of the following continuous travel status who file monthly vouchers.

PLAINTIFF'S EXHIBIT 8   PENGAD-Bayonne, N.J.