```
 1                   UNITED STATES OF AMERICA
 2          EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
 3                   NEW YORK DISTRICT OFFICE
 4
 5
 6
 7    --------------------------------x
 8                                    :
 9    MICHAEL W. ORR,                 :
10                                    :
11              Complainant           :
12                                    :  EEOC CASE NO. 160-A2-8082X
13         v.                         :  AGENCY CASE NO. M-00-003
14                                    :
15    JOHN ASHCROFT, U.S. ATTORNEY    :
16    GENERAL, U.S. DEPARTMENT OF     :
17    JUSTICE                         :
18                                    :
19              Agency.               :
20                                    :
21    --------------------------------x
22                                       Monday, April 8, 2002
23
24                                       Washington, D.C.
25
26    DEPOSITION of
27                   KATHERINE T. MOHAN
28    witness, called for examination by counsel for complainant,

29    pursuant to notice, at Goldsmith Law Firm, 1900 L Street,
30    N.W., Suite 614, Washington, D.C. 20036, beginning at 10:13
31    a.m., before Kelly Peterson, a notary public for the District
32    Of Columbia, when were present on behalf of the respective
33    parties:
```



PLAINTIFF'S EXHIBIT 9

cgg

1  A   That was through discussions with Joe Lazar.

2  Q   Why do you believe he may not have had time and
3  grade?

4  A   I haven't looked at the records myself, but I
5  understand his promotion date was a month or so short of the
6  time requirement.

7  Q   His promotion date to GS-14?

8  A   Correct.

9  Q   What was the time requirement that you're referring
10 to?

11 A   They have to have a year and grade in order to be
12 eligible, except for the announcement allows for a 30 day
13 window after the closing date. If they'll have their time
14 and grade within 30 days of the closing day.

15     MR. GOLDSMITH: Let's go off the record for a
16 second.

17     (Whereupon, a brief recess was taken.)

18     BY MR. GOLDSMITH:

19 Q   All right. Now, you testified that the vacancy
20 announcement advertising for the GS-15 position was canceled.
21 Correct?

22 A   Correct.

23 Q   Did you personally decide to cancel it?

24 A   No.

25 Q   Do you know who chose to cancel it?

cgg

18

1  A   The decision to cancel a job rests with either the
2 deputy director or director of the agency.
3  Q   Okay. And, do you know who decided to cancel the
4 job in this instance?
5  A   I believe it was Louie McKinney.
6  Q   And what was his position at the time?
7  A   It's hard to remember. He was Acting Deputy
8 Director for a while and then he was the Acting Director.
9  Q   So he was one of those two at the time?
10  A   I think so, yes.
11  Q   He was Acting Deputy Director and then Acting
12 Director.
13  A   Correct.
14  Q   Okay. Now, how do you know that it was he who made
15 the decision?
16  A   Well, I recall having a conversation with him about
17 it.
18  Q   And what was said in that conversation?
19  A   He asked about the number of candidates and whether
20 or not that was sufficient.
21  Q   Okay. And who called who or did you talk to him in
22 person or on the phone?
23  A   Since we posted this job a couple of times, I don't
24 remember exactly which one we're talking about. But, I
25 recall talking to him in person.

1    Q    Okay. And who initiated the conversation about the
2 position, the GS-15 position, Puerto Rico?
3         MR. LAZAR: The cancellation of the position, is
4 that what you're talking about?
5         BY MR. GOLDSMITH:
6    Q    I'm just asking about any discussion about the
7 position with Mr. McKinney on the occasion that you're
8 remembering now in person.
9    A    Concerning the cancellation, Louie McKinney
10 initiated it.
11   Q    So he came to you?
12   A    Yes.
13   Q    You think you were in your own office?
14   A    No, I believe I was in his. He called.
15   Q    He called and said I want to talk to you about
16 this?
17   A    Um hum.
18   Q    Okay. And what did he say to you?
19   A    He asked about the job, who had applied. How many?
20 What the, Marshal Wirshing had requested it be canceled.
21   Q    That's what McKinney said?
22   A    Yes. And I was aware of that already. And --
23   Q    That Marshal Wirshing wanted it canceled?
24   A    Yes. And then you know, I believe he asked my
25 opinion about canceling it.

```
 1    Q    Did he tell you that Marshal Wirshing thought there
 2  were too many candidates?
 3    A    No.
 4    Q    So he asked you, McKinney asked you do you think
 5  there are insufficient candidates?
 6    A    Yes.
 7    Q    And did he give you any further information about
 8  why he was asking that question before you answered it?
 9    A    Well, the premise of the conversation was that
10  Marshal Wirshing was interested in canceling it.  So I was
11  aware of that when he asked that question.
12    Q    And you were aware of it from prior to your meeting
13  with Mr. McKinney.  Correct?
14    A    Yes.
15    Q    How did you come to be aware of it, the fact that
16  Marshal Wirshing wanted it canceled prior to your meeting
17  with Mr. McKinney?
18    A    Marshal Wirshing asked me.
19    Q    Was that on the phone?
20    A    Yes.
21    Q    What did Marshal Wirshing ask you on the phone?
22    A    He asked if he could cancel the job.
23    Q    Was that a call he placed to you?
24    A    Yes.
25    Q    Okay.  And when he asked that, what did you say?
```

1  announcement, he and I have had some conversations about him
2  as an applicant.
3      Q    Did you ever tell Mick Orr that he didn't have
4  sufficient time and grade when you were talking to him?
5      A    I don't recall that I did.
6      Q    You don't think you did then?
7      A    I don't think so.
8      Q    Why not?
9      A    'Cause I wouldn't have checked.
10     Q    What do you recall being said between yourself and
11 Mick Orr?
12     A    I recall a conversation we had. I believe it was
13 about the not to exceed one year announcement. And his
14 wanting to be an applicant for it. And I imagine we
15 discussed the procedures for that or whether or not he even
16 needed to apply since he was already at that grade. I don't
17 recall specific conversations on these jobs, the permanent
18 fill at the 15, although I can't say definitively that we
19 didn't have them.
20     Q    Well, approximately how many times do you think you
21 spoke to him?
22          MR. LAZAR:    In general or on this particular Puerto
23 Rico?
24          BY MR. GOLDSMITH:
25     Q    Let's say between 1999 and 2001, how many times did

1  you --
2    A    I really only remember that one conversation.
3    Q    And when you spoke to Marshal Wirshing about the
4  GS-15 and the cancellation, did he tell you that he had spoke
5  to anyone else about it?
6    A    Not that I recall.
7    Q    What about Louie McKinney, did he tell you he had
8  spoken to anyone else about it?
9    A    I don't recall specifics.  He probably told me he
10 talked to Marshal Wirshing.
11   Q    All right.  Now, do you recall anything about what
12 he may have told you he discussed with Marshal Wirshing?
13   A    No.
14   Q    You testified that Marshal Wirshing, that you told
15 Marshal Wirshing that you would have to check about the issue
16 of the two candidates being sufficient or not.  Is that
17 correct?
18   A    To cancel the job, correct.
19   Q    In fact, there isn't any reason why he couldn't
20 have made a selection off the cert list of two.  Correct?
21   A    He could, yes.
22   Q    That would have been something he could have done.
23   A    Well, the Marshal doesn't make the selection.  It
24 would be the Director.  But they could have, yes.
25   Q    If the Marshal wasn't making the selection, he was

PENGAD • 1-800-631-6989    FORM FED

1  the recommending official. Correct?
2     A    Correct.
3     Q    And he could have recommended somebody off a cert
4  list of two. Correct?
5     A    Correct.
6     Q    He could have recommended somebody off a cert list
7  of one also. Correct?
8     A    Correct.
9     Q    But he didn't want to do that in this case. Right?
10    A    He requested to cancel it.
11    Q    And what did you do to ascertain whether or not it
12 was okay for him to cancel it?
13    A    I believe Louie McKinney reached out to me before I
14 reached out to him to discuss it.
15    Q    And how did Louie McKinney reach out to you? What
16 did he ask you to do?
17    A    He asked about the job and the number of candidates
18 and discussed, as I recall, Marshal Wirshing's request to
19 cancel it and that he would concur with that request.
20    Q    He said he concurred. And what did he want you to
21 do?
22    A    Cancel the job.
23    Q    Was that in the form of a, did he direct you to
24 cancel the job or did he ask you if it was okay to cancel the
25 job?

1    A    I think we had a conversation. He asked me about
2 the list and was I aware of it. And I don't know that it was
3 a direct order rather than a discussion which concluded with
4 a decision to cancel the job.
5    Q    And why was the job canceled at that point?
6    A    Insufficient candidates.
7    Q    And what was said between yourself and Mr. McKinney
8 about whether or not to go ahead and cancel the job for that
9 reason?
10   A    The same conversation I had with Marshal Wirshing,
11 that Marshal Wirshing was concerned with Mr. Orr's
12 performance and that Mr. Armstrong was a mandatory
13 retirement.
14   Q    Did Mr. McKinney tell you if he had done any
15 independent check about whether Orr was a proper candidate
16 for the job?
17   A    No, he did not.
18   Q    And did anybody ask you to do any kind of
19 independent check about whether he was a proper candidate for
20 the job?
21   A    No.
22   Q    So would it be fair to say that Marshal Wirshing
23 asked to have it canceled. McKinney asked you about it. You
24 were able to say that it was within the rules for him to
25 cancel it and that was the extent of your involvement in

1  that?
2      A    Correct.
3      Q    And as far as you know it was within the rules for
4  him to go ahead and do that.  Correct?
5      A    Yes.
6      Q    Would it be fair to say then that the issue was
7  that Marshal Wirshing wasn't happy with the candidates and
8  that that's why the position was canceled?
9      A    I can't speculate for Marshal Wirshing.
10     Q    Well, what Marshal Wirshing told you was I don't
11 like one candidate because he probably won't ever be able to
12 do the job because he's going to retire.  And I don't like
13 the other candidate because I'm dissatisfied with his
14 performance.  Right?
15     A    Correct.
16     Q    And had he had a candidate whose performance he was
17 satisfied with and there was no issue with, he would have
18 selected that candidate as far as you can tell.  Correct?
19          MR. LAZAR:  Objection.  Mischaracterized the
20 testimony.  Marshal Wirshing doesn't make any selections.
21          BY MR. GOLDSMITH:
22     Q    You can answer.
23     A    It is unusual to only have two candidates.  We have
24 at any given time probably a hundred plus candidates that are
25 eligible for a job like that.  So, it was not unusual to get

1   Q    Could have seen it --

2   A    Yes.

3   Q    -- if they checked the electronic whatever it is.

4   A    Correct. It goes out hard copy to just in case.

5   Q    Okay. Now, when the position was reannounced, the GS-15 was reannounced as we just saw, what was the outcome of that process? You said that Orr and Armstrong were certified for a second time. Correct?

9   A    Correct.

10  Q    And then what happened?

11  A    The position was canceled.

12  Q    And when was that?

13  A    Well, according to Exhibit 14, in February of 2001.

14  Q    What transpired with respect to that position between when it opened and when it was canceled in February of 2001?

17  A    Essentially the same thing that happened before, the discussion of the list in terms of eligible candidates and whether or not it was sufficient.

20  Q    And did you speak to Marshal Wirshing about the list?

22  A    I have no specific recollection, but I'm sure I did.

24  Q    And what do you think was discussed when you talked to him about the list on this occasion?

1   A   The same thing that we discussed before.
2   Q   He told you that he wanted it canceled because of
3   insufficient candidates?
4   A   Correct.
5   Q   And is that what you did?
6   A   Yes.
7   Q   Is there any paperwork that you're familiar with
8   that indicates that it was canceled for insufficient
9   candidates?
10  A   No.
11  Q   And it was also canceled because you didn't want to
12  select either of the two candidates.  Correct?
13  A   I don't know that.
14  Q   Well, that's what he told you the first time.
15  Right?  He didn't want to select Armstrong because of the
16  retirement situation.  He didn't want to select Orr for other
17  reasons.  Correct?
18  A   He didn't indicate whether he wanted to select them
19  or not.  He indicated that he had some concerns over them as
20  candidates.
21  Q   And if he didn't have the concerns he would have
22  selected one of them.  Right?
23  A   And there were no other candidates on the list.
24      MR. LAZAR:  Objection.  Mischaracterizes the
25  testimony.  We had it earlier today that he doesn't make the

1   A   There were other names, yes.

2   Q   Was either Mr. Armstrong's or Mr. Orr's name on the
3   cert list?

4   A   I don't believe so.

5   Q   Do you recall who else's name was on the cert list?

6   A   Juan Donato's name was on there, somebody else.
7   There was someone else, but I don't remember now.

8   Q   Now, you testified earlier that when you spoke to
9   Orr in March of 2000 that there was some confusion about what
10  the position was. Is that fair to say?

11  A   Which position?

12  Q   I'm sorry. You testified that you spoke to him
13  around the, not to exceed one year vacancy announcement.
14  Correct?

15  A   Correct.

16  Q   And, what was the substance of the conversation?

17  A   I believe he was talking about being an applicant
18  for that job. How he would apply and what the position was.

19  Q   And what did you tell him?

20  A   I told him that it was the assistant chief position
21  and that there would be two in the district.

22  Q   And, that's when he told you, okay, well I'm not
23  going to apply for it then. That's fine.

24  A   I don't remember if he said he would or not.

25  Q   Okay. But he told you, but that was the essence of

```
 1  what you told him.
 2       A    Correct.
 3       Q    There would be two assistants.
 4       A    Correct.
 5       Q    Now, did Marshal Wirshing ever tell you that he
 6  wanted Deputy Orr to be the Acting Chief when he sort of
 7  left?
 8       A    I don't recall talking about that.
 9       Q    Did you ever get that impression from talking to
10  Wirshing?
11       A    No.
12       Q    Did Marshal Wirshing ever tell you that he had told
13  Deputy Orr that Wirshing wanted Orr to be the Acting Chief
14  after Soto left?
15       A    No.
16       Q    Did he ever give you the impression that he had
17  said anything like that to Orr?
18       A    No.  Not that I recall.
19       Q    Would it surprise you if someone were to say that
20  that had happened?
21       A    That Marshal Wirshing wanted Orr to be the Chief?
22       Q    Yes.
23       A    Would it surprise me that Marshal Wirshing would do
24  something like that?  Is that what you're asking?
25       Q    Would it surprise you if Marshal Wirshing were to
```

1  particular candidate at that stage?
2      A    Yes.
3      Q    And you also testified that the Marshal makes a
4  recommendation to the Career Board before the Career Board
5  acts.  Is that correct?
6      A    Yes.
7      Q    And, is it your experience that the Career Board
8  and the marshal usually agree about who to recommend?
9      A    That varies.
10     Q    And what was the role played by the Career Board in
11 the first position here, the first GS-15 position.  Did the
12 Career Board get involved or was it canceled before they got
13 involved?
14     A    The Career Board did not get involved with either
15 of the two jobs that were canceled.
16     Q    And why not?
17     A    Because the jobs are usually canceled before we go
18 through the whole process.  There are occasions when they're
19 canceled after the Career Board, but that is rare.
20     Q    So in this case the marshal requested that it be
21 canceled.  The director or the assistant director together
22 with personnel said okay, we'll cancel it.  And that's how it
23 happened the Career Board had nothing to do with it.
24 Correct?
25     A    Correct.