

U.S. Department of Justice

United States Marshals Service

7260

Arlington, VA 22202-4210

MEMORANDUM TO: All District of Puerto Rico Employees

FROM: Katherine Mohan
Personnel Officer

SUBJECT: Merit Promotion Opportunity
Correction

This is to correct the position title to CDUSM.

| | |
|---|---|
| **POSITION TITLE:** | CDUSM (NTE: 1 Year) |
| **SERIES & GRADE:** | GS-1811-14 |
| **ANNOUNCEMENT NO:** | 00-001   **LOCATION:** D/Puerto Rico |
| **OPENING DATE:** March 03, 2000 | **CLOSING DATE:** March 17, 2000 |

**PLEASE NOTE:** All candidates must address the Quality Ranking Factor on a separate sheet of paper to receive consideration: **Quality Ranking Factor:** Experience which demonstrates the ability to direct and provide guidance to subordinate Criminal Investigator's as well as carry out managerial functions related to USMS Programs such as … sources, Management and Budget, Witness Security, Court Security, Prisoner Transportation Systems, etc.

*An Accredited Law Enforcement Agency*

PLAINTIFF'S EXHIBIT 10