

U.S. Department of Justice

United States Marshals Service

7260

Arlington, VA 22202-4210

MEMORANDUM TO: All District of Puerto Rico Employees

FROM: *[signature]* Katherine Mohan
Personnel Officer

SUBJECT: Merit Promotion Opportunity Correction

This is to correct the position title to CDUSM.

| | |
|---|---|
| **POSITION TITLE:** | CDUSM (NTE: 1 Year) |
| **SERIES & GRADE:** | GS-1811-14 |
| **ANNOUNCEMENT NO:** 00-001 | **LOCATION:** D/Puerto Rico |
| **OPENING DATE:** March 03, 2000 | **CLOSING DATE:** March 17, 2000 |

**PLEASE NOTE:** All candidates must address the Quality Ranking Factor on a separate sheet of paper to receive consideration: **Quality Ranking Factor:** Experience which demonstrates the ability to direct and provide guidance to subordinate Criminal Investigator's as well as carry out managerial functions related to USMS Programs such as Human Resources, Management and Budget, Witness Security, Court Security, Prisoner Transportation Systems, etc.

*An Accredited Law Enforcement Agency*

PLAINTIFF'S EXHIBIT 11