February 7, 2002

TO : Ms. Katherine Mohan
Personnel Officer
Human Resources Division

FROM : Herman J. Wirshing
U.S. Marshal
District of Puerto Rico

SUBJECT : ASSISTANT CHIEF DEPUTY U.S. MARSHAL POSITION

In accordance to your request made on January 28th, pertaining to MPA-01-40 for the position of Assistant Chief Deputy U.S. Marshal, my selection for this position is Juan Donato. For the past two years Donato has been Acting Chief in the District of Puerto Rico in the absence of a Chief and Assistant Chief and a Supervisor. He has been the only supervisor support that I have had for this time and he deserves to be named my new Assistant Chief Deputy U.S. Marshal.

Any other recommendation made by the Career Board will be ill-considered by the undersigned.

PLAINTIFF'S EXHIBIT 12