UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL W. ORR )<br><br>Plaintiff, )<br><br>v. )<br><br>ALBERTO GONZALES ) | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2287 (RJL)<br>)<br>)<br>) |

### Affidavit of Service

1. My name is Adam W. Marker. I am over 18 years of age, and competent to testify in a court of law.

2. I am an employee at the Goldsmith Law Firm LLC. My duties include, among other things, serving complaints.

3. This affidavit is being filed in accordance with Rule 4(l) of the Federal Rules of Civil Procedure.

4. On or around December 15, 2005, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, I sent a copy of the complaint and summons, via certified mail, return receipt requested, to Alberto Gonzales, US Department of Justice.

5. On December 22nd, 2005, I received PS Form 3811 (Domestic Return Receipt) forms indicating that the Alberto Gonzales, US Department of Justice, received a copy of the complaint and summons on December 19, 2005.

6. A copy of the PS Form 3811 is attached to this affidavit.

7. I have personal knowledge of the matters stated in this affidavit, and am competent to testify to the same.

I swear and affirm under penalty of perjury that the foregoing affidavit, consisting of two pages and seven paragraphs is true and accurate to the best of my knowledge.

_____       _11/22/05_____
Adam W. Marker                        DATED

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *[signature]*  ☐ Agent  ☐ Addressee<br>X<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Alberto Gonzales<br>US Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type *[Return Receipt Request]*<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0001 8130 1088 |

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540