## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL W. ORR** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-2287 (RJL)** |
| | ) | |
| **ALBERTO GONZALES** | ) | |

### Affidavit of Service

1. My name is Adam W. Marker.  I am over 18 years of age, and competent to testify in a court of law.

2. I am an employee at the Goldsmith Law Firm LLC.  My duties include, among other things, serving complaints.

3. This affidavit is being filed in accordance with Rule 4(l) of the Federal Rules of Civil Procedure.

4. On or around December 15, 2005, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, I sent a copy of the complaint and summons to United States Attorney for the District of Columbia.

5. On December 22nd, 2005, I received PS Form 3811 (Domestic Return Receipt) forms indicating that the United States Attorney for the District of Columbia received a copy of the complaint and summons on December 19, 2005.

6.  A copy of the PS Form 3811 is attached to this affidavit.

7. I have personal knowledge of the matters stated in this affidavit, and am competent to testify to the same.

I swear and affirm under penalty of perjury that the foregoing affidavit,

consisting of two pages and seven paragraphs is true and accurate to the best of my

knowledge.

_____    _____
Adam W. Marker                              DATED    12/22/05

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Atty for the District
555 4th Street, NW
Washington, DC 20530

2. Article Number
   *(Transfer from service label)*

7003 2260 0001 8130 1040

PS Form 3811, August 2001            Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____        ☐ Agent
                                  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
   DEC 1 9 2005

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

102595-02-M-1540