UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ORR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, )<br>United States Department of Justice, )<br>)<br>Defendant. )<br>_____) | No. 1:05CV02287-RJL |

### DECLARATION OF KATHERINE T. MOHAN

I, KATHERINE T. MOHAN, hereby declare as follows

1. I am the Personnel Officer for the United States Marshals Service (USMS), Human Resources Division, U.S. Department of Justice, Arlington, Virginia, and have held this position since May 23, 1999. I have been employed by the USMS since 1984.

2. As the Personnel Officer for the USMS, I am responsible for oversight of personnel practices, including hiring, merit promotion, general employment, payroll, retirement, and employee benefits.

3. I am an official custodian of all official personnel records concerning USMS employees.

4. The official personnel records concerning USMS employees are maintained in USMS Headquarters, which is the principal place of business for the USMS.

5. At all relevant times, USMS Headquarters has been located in Arlington, Virginia, which is in the Eastern District of Virginia.

6. As a routine business practice, the Human Resources Division maintains the official

personnel records concerning currently employed and recently separated USMS employees. The records are maintained in folders and indexed by the name of the employee. In addition, pay-related employment information regarding current and former USMS employees is maintained in a computer data base, administered by the National Finance Center (NFC) in New Orleans, Louisiana. The USMS has access to NFC records regarding these individuals.

7. The USMS does not currently maintain the official personnel records regarding plaintiff, Michael Orr.

8. An examination of the NFC computer records reveals that Orr was employed as a Criminal Investigator, GS-1811, with the USMS, and separated from the USMS on February 2, 2002.

9. At no time was Orr employed with the USMS in the District of Columbia.

10. In addition, at all relevant times, none of Orr's employment records with the USMS were maintained in the District of Columbia.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct.

Executed on: February 7, 2006

KATHERINE T. MOHAN
Personnel Officer