UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL W. ORR, )
)
    Plaintiff, )
)
v. ) Civil Action No. 05-2287 (RJL)
)
ALBERTO GONZALES, Attorney General,)
)
    Defendant. )
)

### ORDER

Upon consideration of Defendant's Motion to Dismiss Or, In the Alternative, to Transfer and his supporting memorandum of points and authorities, Plaintiff's opposition thereto, Defendant's reply, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED, that for the reasons stated in Defendant's memorandum of points and authorities and reply, Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Plaintiff's Complaint be, and hereby is, DISMISSED for improper venue.

                                                                                                              RICHARD J. LEON
                                                                                                              United States District Court Judge

Copies to Counsel of Record Through ECF