**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| **MICHAEL W. ORR** )<br>)<br> **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**ALBERTO GONZALES** )<br>)<br>**Defendant.** ) | **Civ. Action No. 05:CV:002287RJL**<br>**Judge Richard J. Leon** |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**
**FOR PLAINTIFF TO OPPOSE DEFENDANT'S MOTION TO DISMISS**
**OR IN THE ALTERNATIVE TO TRANSFER,**
**AND FOR DEFENDANT TO REPLY TO PLAINTIFF'S OPPOSITION**

COME NOW the parties in the above-captioned case, to request that this Court

enlarge the time for Plaintiff to file an Opposition to Defendant's Motion to Dismiss or in

the Alternative to Transfer, and for Defendant to file a Reply.

Plaintiff's Opposition is currently due Friday, March 3, 2006.  Due to professional

obligations, including an impending deadline for an appellate brief, an oral argument

before the Court of Special Appeals of Maryland, a summary judgment opposition to be

filed in the United States District Court for the District of Maryland, responsibility for

depositions, and the Metropolitan Washington Employment Lawyers' annual

conference, Plaintiff's counsel seeks an additional two weeks to file the Opposition, until

March 17, 2006.   Defendant's counsel has consented to this relief.

Defendant seeks an enlargement of time to file its Reply to Plaintiff's Opposition.

Should only Plaintiff be granted an enlargement, Defendant's Opposition would be due

March 31, 2006.   Defendant's counsel seeks an enlargement of time until April 7, 2006,

to file its Reply.   Plaintiff's counsel consents to this relief.

WHEREFORE, the parties respectfully request that the time be enlarged for

Plaintiff's and Defendant's briefs, to March 17, 2006, and April 7, 2006, respectively.


Respectfully Submitted,

THE GOLDSMITH LAW FIRM, LLC



_____

Leizer Z. Goldsmith     D.C. Bar No. 419544
1900 L Street, N.W.
Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040
Facsimile:   (202) 318-0798

ATTORNEY FOR PLAINTIFF



_____

Jane M. Lyons, DC Bar # 451737
Assistant United States Attorney
555 4th Street, NW-- Room E4822
Washington, DC 20530
Tel: (202) 514-7161

ATTORNEY FOR DEFENDANT

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| **MICHAEL W. ORR,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civ. Action No. 05:CV:002287RJL** |
| | )    **Judge Richard J. Leon** |
| **ALBERTO GONZALES,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

_____

## ORDER

The parties' Consent Motion For Enlargement of Time for Plaintiff to Oppose

Defendant's Motion To Dismiss Or In The Alternative To Transfer, And for Defendant's

to Reply To Plaintiff's Opposition, is before this Court.

The Motion is hereby GRANTED.

Plaintiff's Opposition shall be due on March 17, 2006, and Defendant's Reply

shall be due on April 7, 2006.

_____
Judge Richard J. Leon
United States District Court