Quick Links for U.S. Marshals Information: Site Map | Contacts | Fugitives | Assets | Career | Local - Districts | DOJ Home |



Home >> Agency Contacts

# United States Marshals Service Contacts

Updated January 0 2006

E-Mail Contact: general inquiries | information or inquiries on fugitives | conta webmaster

| For Local Contacts: District Offices - Addresses and Telephone Numbers | Acting Director John F. Clark | | |
|---|---|---|---|
| | Deputy Director Robert Trono | | |
| | Equal Employment Opportunity | L. Dickinson, EEO Officer | 202-307-9048 |
| | Office of General Counsel | G. Auerbach, General Counsel | 202-307-9054 |
| | • Business Services | K. Deoudes, Acting Assistant Director | 202-307-9009 |
| | Procurement | | 202-307-8643 |
| | See additional business contacts | | |
| | Asset Forfeiture | K. Deoudes | 202-307-9009 |
| | National Sellers List | Current Sales | | 888-878-3256 |
| | Property Management | N. Prevas | 202-307-8644 |
| | Publications | L. Mogavero | 202-307-5000 |
| | Vehicle Management | | 202-307-9307 |
| | • Comptroller | E. Dolan, Comptroller | 202-307-9193 |

|  |  |  |  |
|---|---|---|---|
|  |  | and Chief Financial Officer |  |
|  | Management & Budget | B. Brown, Assistant Director | 202-307-9032 |
|  | Finance | R. Whiteley | 202-307-9320 |
| • Information Technology |  | D. Litman, Assistant Director | 202-307-5016 |
| • Executive Services |  | M. Pearson, Assistant Director | 202-307-9105 |
|  | Congressional Affairs | J. McNulty | 202-307-5140 |
|  | Public Affairs | D. Hines | 202-307-9065 |
| • Human Resources |  | S. Smith, Assistant Director | 202-307-9400 |
| • Investigative Services |  | R. Finan, Assistant Director | 202-307-9110 |
| • Judicial Services |  | M. Farmer, Assistant Director | 202-307-9500 |
|  | Courthouse Management |  | 202-307-8767 |
|  | Court Security Program |  | 202-307-9500 |
|  | Judicial Protective Services |  | 202-307-9500 |
|  | Judicial Security Contracts |  | 202-307-9500 |
|  | Judicial Security Systems |  | 202-307-9500 |
| • Operations Support Division |  | A. Roderick, Assistant Director | 1-800-336-010 |

| | | |
|---|---|---|
| • Justice Prisoner Alien Transportation System | G. Mead, Acting Assistant Director | 816-467-1900 |
|    Air Operations | | 405-680-3400 |
|    Prisoner Transportation | | 816-467-1900 |
|    Business Management | | 816-467-1900 |
| • Witness Security | S. Jones, Assistant Director | 202-307-5100 |
| • Prisoner Operations | S. Jones, Assistant Director | 202-307-5100 |
|    Prisoner Medical | | 202-307-9680 |
|    Detention Facilities/Intergovernmental Agreements | | 202-307-5100 |

**Local Contacts: District Offices - Addresses and Telephone Numbers**

