UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL W. ORR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05:CV:002287RJL |
| ) | Judge Richard J. Leon |
| ALBERTO GONZALES ) | |
| ) | |
| Defendant. ) | |

### Affidavit of Michael W. Orr

1. I, Michael Orr, am a resident of Haslett, Michigan, and am competent to testify in a court of law.

2. I am married to Kristi Orr.

3. I was employed by the United States Marshal in Puerto Rico between January 1, 1999 and January 26, 2001.

4. I was then transferred to Milwaukee, Wisconsin.

5. I moved to Haslett, Michigan in early 2002.

6. I regularly travel on business to the Washington, D.C. area, approximately five to six times per month.

7. My wife periodically travels on business to Leesburg, Virginia, approximately five weeks per year—although it varies year to year.

8. While I was stationed at Puerto Rico, my wife resided in Haslett, Michigan.

9. Throughout my tenure at the US Marshall Service, fellow employees have said "Washington" or "Washington, D.C." to refer to the headquarters of the U.S. Marshal Service.

10. During February 2000, I was instructed by Sandra Lyles to attend an interview in New Orleans, Louisiana, for the Chief Deputy position in Puerto Rico (vacancy announcement 99-078). The interview was to be conducted on February 24 and 25.

11. To the best of my knowledge, all vacancy announcements were issued by the headquarters in Arlington, VA, and all applications were to be submitted there. Additionally, it is my understanding that only headquarters had the authority to cancel positions.

12. It would be financially burdensome for me, as an individual government employee, to arrange for Mr. Goldsmith to travel to and from Puerto Rico to attend status conferences, appear in court, and take any other trips that would be necessary should the trial in this case be held in Puerto Rico.

I have read the above statement, and I swear or affirm that it is true and complete to the best of my knowledge and belief.

_____        March 16, 2006
Michael Orr                                                  March 16, 2006