```
 1            IN THE UNITED STATES OF AMERICA

 2       EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

 3

 4

 5   EEOC NO. 160-A2-8082X

 6   ---------------------------------------

 7   MICHAEL ORR,

 8                   Complainant,

 9

10   vs.

11

12   UNITED STATES MARSHAL SERVICE

13                   Respondent.

14   ---------------------------------------

15

16                VOLUME I OF III

17

18         TUESDAY, August 17, 2004

19            9:30 a.m. to 6:00 p.m.

20

21   BEFORE:  THE HONORABLE ANA GONZALEZ

22   Equal Employment Opportunity Commission

23   525 F.D. Roosevelt Avenue, Suite 1202 San

24   Juan, Puerto Rico 00918
```

1

2       APPEARANCES:

3

4         LEIZER Z. GOLDSMITH, ESQ.

5         The Goldsmith Law Firm, LLC

6         1900 L Street, N.W.

7         Suite 614

8         Washington, D.C. 20036

9             For the Complainant

10

11        JOE LAZAR, ESQ.

12        Department of Justice

13        Washington, D.C. 20530-1000

14            For the Respondent

15

16

17

18

19

20

21

22

23

24

```
 1      perceptions on those facts and some
 2      inferences that the parties draw
 3      different inferences from those facts.
 4      But there are some distinct factual
 5      discrepancies that Your Honor is going
 6      to have to resolve on certain meetings
 7      and certain statements and the like.
 8                  I think one of the keys
 9      that Your Honor needs to focus on that
10      was somewhat mentioned, too, by Counsel
11      but not necessarily sort of focused on
12      is this whole sort of set of scenario
13      started with Mr. Orr going to the Virgin
14      Islands to take a detail.
15                  Now, just to back-up, the
16      Office of the Marshal, the management
17      structure -- and you'll hear evidence
18      from probably Mr. Orr and Marshal
19      Wirshing on this, and I don't think
20      there is too much a dispute on it -- you
21      have your Marshal at the top of the list
22      and he's a presidential appointee.  And
23      Marshal Wirshing has been the
24      presidential appointee for many years.
```

1  I think he's actually going on next year
2  his twentieth year, which is pretty
3  significant. He's the longest running
4  marshal in the United States Marshal
5  Service, probably one of the longest
6  running marshals in the history of the
7  United States Marshal Service. And that
8  twenty years is probably magical because
9  in the federal civil service it gives
10 them an opportunity to retire with full
11 benefits.
12            Underneath the Marshal is
13 a civil service employee, a GS-15, Chief
14 Deputy U.S. Marshal, which essentially
15 runs the day-to-day operations of the
16 office. And at that time we are talking
17 about Esteban Soto was the Chief Deputy.
18 He was a career person.
19            Underneath Esteban Soto at
20 that time you had a GS-14 and that was
21 filled by Michael Orr, Mickie Orr.
22 Mickie Orr was hired as a GS-14,
23 Assistant Chief Deputy essentially to
24 run the task force, which was a task

```
 1        force comprised of federal officers,
 2        state and local officers to capture
 3        fugitives on the island in federal
 4        charges.
 5                    And underneath essentially
 6        in the structure of the office, although
 7        they didn't report to Mr. Orr, I believe
 8        you had two GS, two or three GS-13s.
 9        And they are called Supervisory Deputy
10        U.S. Marshals, one of which was or one
11        of whom was Juan Donato, which you've
12        heard about, another of whom is Paco
13        Lopez was a GS-13, and then a third
14        GS-13 who was promoted around that time
15        was Bob Otto.  And so within that
16        management structure that's sort -- that
17        is the structure of the Marshal's office
18        here in Puerto Rico.
19                    One thing that's an
20        interesting fact that the Agency takes a
21        difference of opinion on -- and I think
22        the evidence will show that the Agency's
23        version is correct -- is the
24        circumstances surrounding Mickie Orr's
```

1    take that position.
2             So Mr. Orr on his own left
3    the District of Puerto Rico, made
4    arrangements with Marshal Service
5    Headquarters in a memorandum of
6    understanding -- that's part of the
7    record -- to basically be the Acting
8    Chief Deputy in the District of the
9    Virgin Islands.  And this all occurred
10   at the end of September of 1999, the
11   beginning of October 1999.  The original
12   detail was supposed to run 120 days in
13   the Virgin Islands for Mr. Orr.
14   However, it extended, I believe, for
15   another 60 to another 120 days.
16            So what you have in
17   October of 1999, you have Esteban Soto
18   leaving the District of Puerto Rico.
19   He's the GS-15.  You have Mickie Orr
20   leaving the District of Puerto Rico.
21   He's the GS-14.  Who's left, two GS-13s
22   who have been there a long time, Juan
23   Donato and Paco Lopez, and fairly new, a
24   brand new supervisor, Bob Otto, who just

1   becomes a GS-13.
2              So what does Marshal
3   Wirshing do?  He has to decide who is
4   going to temporarily run the office with
5   this vacancy. He appoints -- and he has
6   the authority to do so -- Juan Donato to
7   be the temporary acting GS-14 assistant
8   chief deputy.  He had the authority to
9   do so for 120 days.  He could do it in
10  district without Headquarters' approval.
11  And he did that and the evidence is
12  undisputed that that's what he did.  And
13  I think counsel stated that, that in
14  October he appointed Juan Donato as the
15  acting assistant chief deputy. And
16  Marshal Wirshing will testify as to the
17  reasons for him to pick Juan Donato over
18  Paco Lopez, over Bob Otto, over whomever
19  else.
20             One other point that's
21  very important that wasn't mentioned by
22  counsel but there will be evidence to
23  that -- and I believe it's
24  non-controverted -- is that during the

```
 1    period of time that Mr. Orr went to the
 2    Virgin Islands in October of 1999 until
 3    the time he came back in March of 2000,
 4    he never, if rarely, ever contacted the
 5    District or called the task force or
 6    asked about what was going on with his
 7    former assignment.  And Marshal Wirshing
 8    was a little bit, I wouldn't say upset,
 9    but he was a little bit concerned that
10    Mickie Orr, who was assigned to the
11    District of Puerto Rico, now on a detail
12    in the Virgin Islands would never bother
13    -- and Marshal Wirshing will testify in
14    those words -- never bothered to contact
15    the District to find out how things were
16    going in the District.  So from the
17    Marshal's perspective it was out of
18    sight, out of mind.
19                He had Juan Donato who had
20    to fill the position. He was legally,
21    regulatory, I guess on paper, the acting
22    assistant chief deputy.  That's what the
23    paperwork said.  He was paid at a GS-14,
24    which he's entitled to do.
```

Page 315

```
 1           THE COURT:  We can go off the
 2      record for a moment.
 3                 (Discussion off the
 4      record)
 5                 (Back on the record)
 6           THEREUPON, JAVIER JIMENEZ,
 7      being duly sworn, testified as follows:
 8
 9                 DIRECT EXAMINATION
10      BY MR. GOLDSMITH:
11   Q. Good afternoon, Mr. Jimenez.
12   A. Good afternoon.
13   Q. My name is Leizer Goldsmith.  I'm the
14      attorney for Mr. Orr.  We're here for an
15      EEO hearing relating to a complaint that
16      Mr. Orr has filed.  And I want to thank
17      you for your attendance here.
18                 Can you state your name
19      for the record, please?
20   A. Javier Jimenez.
21   Q. And, Mr. Jimenez, where do you reside?
22   A. Tallahassee, Florida.
23   Q. And what's your home address there?
24   A. Do you need that on the record?
```

```
 1          understanding of the merit promotion
 2          system in terms, from start to finish,
 3          from an application to final selection?
 4     A.   I'm not sure.  But I believe when a job
 5          is announced for certain vacancies it
 6          goes to what you call a Career Board and
 7          the Career Board look at the packages
 8          and grade the packages, and they would
 9          submit a list with the people they felt
10          were more qualified and super for the
11          job. And then also we make the selection
12          before it goes to the Director to be
13          signed.  But I don't know all the
14          procedures that they go through in doing
15          that, how they grade them or rate them.
16     Q.   Now, you refer to the Career Board.
17          What's your understanding of who makes
18          up the Career Board and what do they do?
19     A.   That is made up by the Director.  He
20          puts that together and of course like I
21          said they review all vacancies and they
22          review applicants, people that apply for
23          different jobs, and they interview them,
24          too, also.  And I guess what they call
```

1      certification list.
2  Q.  Now, did you testify that the Director
3      makes the final selection for who gets
4      the promotion?
5  A.  Yes, he does; right.
6  Q.  Have you been aware of instances where
7      the Director has disagreed with a
8      Marshal's recommendation?
9  A.  Yes, I have; right.
10 Q.  It's not that uncommon?
11 A.  No, it's not; no.
12 Q.  Now, are you familiar with Mr. Orr
13     sitting here today?
14 A.  Yes.
15 Q.  You've met him before?
16 A.  I've met him, yes, several times.
17 Q.  Now, were you familiar with the
18     particular job selection for the chief
19     deputy position in Puerto Rico in 1999,
20     2000 that involved Mr. Orr?
21 A.  Am I familiar?  I'm familiar with it,
22     yes.
23 Q.  What's your recollection of your
24     involvement with Mr. Orr's application

```
 1        with that position?
 2    A.  I know there was an announcement for a
 3        Chief Deputy in Puerto Rico.  And I
 4        remember that it was, I think it was
 5        something like two people on that list.
 6        And I did have a conversation with
 7        Marshal Wirshing at one point and he
 8        said could he get more people on the
 9        list to select from. He felt that two
10        people weren't sufficient to make a
11        decision on it.
12                    And I remember talking to
13        Kat Mohan, which is Human Resources and
14        asked her is that legal?  Could it be
15        done?  And she said, yes, it could be
16        done if we re-announced the job.  And at
17        some point I guess they re-announced it.
18    Q.  Do you recall was it Marshal Wirshing
19        that reached out and called you or did
20        you call Marshal Wirshing?
21    A.  No, he called me.  Wirshing called me.
22    Q.  And you do recall that there were two
23        people on this list and one of them was
24        Mr. Orr?
```

1   Q.  Okay, I'll do it a different way.  I'd
2       like to turn you attention to Agency
3       Exhibit No. 1.
4   A.  Okay.
5   Q.  Do you recognize Agency Exhibit No. 20?
6   A.  Yes, I do.
7   Q.  And what is that?
8   A.  That's a selection for a chief deputy in
9       Puerto Rico.
10  Q.  Is that your signature that appears on
11      that page?
12  A.  That is correct.
13  Q.  May I approach the witness?  This is my
14      only copy of the document.
15          MR. GOLDSMITH:  It's one in the
16      book.  He's welcome to look at the one
17      in the book.
18          MR. LAZAR:  Is it with file Tab 20?
19          MR. GOLDSMITH:  Yes, the
20      complainants are in the front numbered
21      consecutively and then behind that
22      you'll see it.
23          BY MR. LAZAR:
24  Q.  I believe my question was that's your

```
 1        signature that appears?
 2   A.   Yes.
 3   Q.   And what title is under there which you
 4        signed as?
 5   A.   Acting Director.
 6   Q.   Now, at that point that was your
 7        position in the Marshal Service?
 8   A.   That's correct.
 9   Q.   So this would have been sometime later
10        than the events we were talking about
11        with Mr. Orr; isn't that correct?
12   A.   That's correct.
13   Q.   Do you recall signing this document?
14   A.   I don't recall signing it but that's my
15        signature. So I must have signed it.
16   Q.   Does this document refresh your
17        recollection, whether you had any
18        further involvement with the selection
19        process for the District of Puerto Rico
20        chief's position?
21            MR. GOLDSMITH: Objection. He
22        hasn't testified.
23            THE COURT: Why don't you ask him
24        what his recollection is.
```

| | | |
|---|---|---|
| 1 | Q. | Do you have any recollection basically |
| 2 | | being involved in the selection process |
| 3 | | after the conversation you had with Mr. |
| 4 | | Marshal Wirshing where the job was |
| 5 | | canceled? |
| 6 | A. | No, I do not. |
| 7 | Q. | Does this document here today refresh |
| 8 | | your recollection? |
| 9 | A. | Well, I still don't remember it but |
| 10 | | that's my signature. So I must have |
| 11 | | signed it. |
| 12 | Q. | Now, the document indicates that there |
| 13 | | were three candidates for the position; |
| 14 | | isn't that correct? |
| 15 | A. | Yes. |
| 16 | Q. | Do you recall the individuals on the |
| 17 | | list? Have you ever heard of these |
| 18 | | individuals? |
| 19 | A. | Yes, I have. |
| 20 | Q. | Who is Dora Alvarado? |
| 21 | A. | She's out of Portland, Oregon. She's a |
| 22 | | deputy. |
| 23 | Q. | And who is Edward DeCoste? |
| 24 | A. | I don't know him that well. |

```
 1        court reporter?
 2   A.   My name is Jose I. Garcia-Huertas,
 3        H-u-e-r-t-a-s.
 4   Q.   Mr. Garcia, what's your position with
 5        the United States Marshal Service?
 6   A.   I am the Administrative Officer at the
 7        District of Puerto Rico.
 8   Q.   And how long have you served in that
 9        position?
10   A.   Fifteen years.
11   Q.   And during that 15 years you have been
12        the administrative officer for the
13        District in Puerto Rico?
14   A.   Yes, sir.
15   Q.   And how many years have you been in the
16        Marshal Service?
17   A.   Fifteen years.
18   Q.   And could you briefly describe what your
19        duties are as administrative officer for
20        the District?
21   A.   Well, I am in charge of basically all
22        the administration of the office,
23        purchasing, personnel matters, supplies,
24        everything.  Basically all the matters
```

Page 750

```
 1           THE COURT:  You may be excused.

 2                  (Witness excused.)

 3

 4

 5

 6

 7

 8              THEREUPON, ANDRE JIMENEZ,

 9      being duly sworn, testified as follows:

10

11              DIRECT EXAMINATION

12

13      BY MR. GOLDSMITH:

14  Q.  Good afternoon.  Could you state your

15      name for the record, please?

16  A.  My name is Andre Jimenez.

17  Q.  And, Mr. Jimenez, my name is Leizer

18      Goldsmith.  I'm an attorney.  I

19      represent Mick Orr.

20                  Could you state where you

21      are employed, please?

22  A.  I'm an inspector with the United States

23      Marshal Service.  I work in Los Angeles

24      on the Fugitive Task Force.
```

```
 1                    PROCEEDINGS
 2
 3              THEREUPON, ROBERT SANCHEZ,
 4    being duly sworn, testified as follows:
 5
 6                DIRECT EXAMINATION
 7
 8    BY MR. GOLDSMITH:
 9    Q.  Good morning.  Could you state your name
10        for the record?
11    A.  Robert Sanchez.
12    Q.  Mr. Sanchez, my name is Leizer
13        Goldsmith.  I represent Mick Orr and Joe
14        Lazar here represents the Agency.
15                    Are you employed by the
16        United States Marshal Service?
17    A.  Yes, sir.
18    Q.  And how long have you worked for the
19        Marshal Service?
20    A.  Between 18 and 19 years.
21    Q.  And where are you presently posted?
22    A.  I am posted in Santo Domingo, Dominican
23        Republic.
24    Q.  And what kind of work are you doing
```