

**Executive Team**



**Dario O. Marquez, Jr.**
*President/Chief Executive Officer*

Mr. Marquez is Chairman, Chief Executive Officer, and co-founder of MVM. He began his law enforcement career in the Presidential Detail and Counterfeiting divisions of the US Secret Service, serving with commendation under the Nixon, Ford, and Carter Administrations. Named one of the "100 Most Influential Hispanics in America" by Hispanic Business Magazine, Mr. Marquez is a former Chairman of the Hispanic College Fund and has been an active supporter of the Hispanic Youth Foundation. Mr. Marquez has also provided expert testimony before the US Senate Committee on Terrorism, and has appeared as an industry commentator in both television and print media.



**David L. Westrate**
*Senior Vice President and Chief Operating Officer*

Mr. Westrate joined MVM after a 35-year career with the Drug Enforcement Administration (DEA). He served in a variety of positions including Special Agent in Charge of the Washington Field Division, Chief of Operations for DEA worldwide, Assistant Administrator for Intelligence, and Special Agent in charge of the DEA Training Academy. In recognition of his achievements, Mr. Westrate received the Attorney General's Distinguished Service Award and the DEA Administrator's Award for Distinguished Service. He was also given the Senior Executive Service Presidential Rank Award by President Bill Clinton.



**Joseph W. Morway**
*Senior Vice President and Chief Financial Officer*

Mr. Morway has over 20 years of management experience in business finance. After earning an MBA in Finance from the Florida Institute of Technology, Mr. Morway worked six years as a management consultant at KPMG Peat Marwick. He spent the next five years as the Controller at Dynamics Systems, Inc., and later joined the Andrulis Corporation as CFO and Vice President of Finance and Administration. Mr. Morway has specific expertise in creating financial control processes, developing and analyzing budget forecasts, planning and implementing mergers and acquisitions, and directing finance and accounting divisions. Mr. Morway joined MVM in 1999, and has helped usher our company into an era of unprecedented financial growth.



**Robert L. Rubin**
*Senior Vice President of Business Development*

Mr. Rubin is a 20-year veteran manager and facilitator of corporate growth programs. Prior to joining MVM, he managed a major commercial office portfolio for the Charles E. Smith Company. In the 1980s he sustained unprecedented growth cycles at the retail chain Dairy Mart, which grew from 200 to 1500 units in just 3 years. Mr. Rubin is the recipient of several industry awards for excellence, including two AOBA awards in Recognition of Outstanding Leadership, and has helped usher our company into an era of unprecedented financial growth.



**Charles E. Gaba**
*General Counsel*

Mr. Gaba is the former Director, Vice President, and General Counsel of British Aerospace, Inc., a large multi-national aerospace and defense company. He was also Associate General Counsel at the United States Export-Import Bank. Mr. Gaba is admitted to practice before the Supreme Court and is the Chairman of the Council of Senior International Legal Officers.

Case 1:05-cv-02287-RJL   Document 7-5   Filed 03/17/2006   Page 2 of 2



**Louie McKinney**,
*Senior Vice President of Government Affairs*

Mr. McKinney is the first person in the history of the U.S. Marshals to rise through the ranks from Deputy Marshal to Acting Director. During his career, he was twice appointed Marshal to the US Virgin Islands and was Chief of the Enforcement Division for the Marshals Service headquarters. A three-time Presidential Appointee, Mr. McKinney has served in various other law enforcement capacities including FBI Consultant, Special Agent with the CIA, and Chief Inspector of INTERPOL.

MVM, Inc. 1593 Spring Hill Road, Vienna, VA 22182 - 703.790.3138 [VA Lic. # 11-1259]