**United States Marshals Service**
*Justice   Integrity   Service*   "America's Star"

Home >> Agency Contacts >> District Office Contacts

# United States Marshals Service District Office Contacts

E-Mail Contact: general inquiries | information or inquiries on fugitives | contact webmaster

Updated January 25, 2006

## District Offices - Addresses and Telephone Numbers

- ALABAMA to GEORGIA
- GUAM to MASSACHUSETTS
- MICHIGAN to NORTH CAROLINA
- NORTH DAKOTA to TENNESSEE
- TEXAS to WYOMING

**Northern District of Alabama (N/AL)**
**U.S. Marshal:** Chester Martin Keely
1729 N. 5th Avenue, Room 240
Birmingham, AL 35203
(205) 731-1712

**Middle District of Alabama (M/AL)**
**U.S. Marshal:** Jesse Seroyer
Frank M. Johnson Federal Building
15 Lee Street, Room 224
Montgomery, AL 36104
(334) 223-7401

**Southern District of Alabama (S/AL)**
**U.S. Marshal:** William Taylor
U.S. Courthouse
113 St. Joseph Street, Room 413
Mobile, AL 36602
(205) 690-2841

**District of Alaska (D/AK)**
**U.S. Marshal:** Randy M. Johnson
U.S. Courthouse
222 W. 7th Avenue, Room 189
Anchorage, AK 99513
(907) 271-5154

**District of Arizona (D/AZ)**
**U.S. Marshal:** David Gonzales
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., SPC 64, Suite 270
Phoenix, AZ 85003-2159
(602) 382-8767

**Eastern District of Arkansas (E/AR)**
**U.S. Marshal:** Ray E. Carnahan

**Middle District of Pennsylvania (M/PA)**
**U.S. Marshal:** Michael Regan
Federal Building
Washington Avenue & Linden Street, Room 231
Scranton, PA 18501
(570) 346-7277

**Western District of Pennsylvania (W/PA)**
**U.S. Marshal:** Thomas Fitzgerald
U.S. Courthouse
7th Avenue & Grant Street, Room 539
Pittsburgh, PA 15219
(412) 644-3351

**District of Puerto Rico (D/PR)**
**U.S. Marshal:** Herman Wirshing
Federal Building
150 Carlos Chardon Avenue, Room 200
Hato Rey, PR 00918
(787) 766-6000

**District of Rhode Island (D/RI)**
**U.S. Marshal:** Burton Stallwood
Kennedy Plaza
Fleet Center, Suite 300
Providence, RI 02901
(401) 528-5300

**District of South Carolina (D/SC)**
U.S. Marshal: Johnny Mack Brown
U.S. Courthouse
901 Richland Street, Suite 1300
Columbia, SC 29201
(803) 765-5821

**District of South Dakota (D/SD)**
**U.S. Marshal:** Warren Anderson
Federal Building
400 S Phillips Avenue
Room 216
Sioux Falls, SD 57104
(605) 330-4351

**Eastern District of Tennessee (E/TN)**
**U.S. Marshal:** Arthur Jeffrey Hedden
Federal Building
800 Market Street, Suite 2-3107
Knoxville, TN 37902
(865) 545-4182

**Middle District of Tennessee (M/TN)**
**U.S. Marshal:** Denny W. King
Estes Kefauver Federal Building
110 9th Avenue S., Room A750
Nashville, TN 37203
(615) 736-5417

**Western District of Tennessee (W/TN)**
**U.S. Marshal:** David G. Jolley
Federal Building
167 N. Main Street, Room 1029
Memphis, TN 38103
(901) 544-3304