



# REPORT OF INVESTIGATION
# UNITED STATES MARSHALS SERVICE

## MICHAEL ORR
## M00-0031

FINAL

455 West Broadway • Boston, MA 02127 • Ph: 617.269.0849 • Fx: 617.269.9139
www.dsz.com

PENGAD-Bayonne, N. J.
PLAINTIFF'S
[EXHIB]IT

SEP 15 '00 11:48 FR



**U.S. Department of Justice**

United States Marshals Service

7260

*Director*

*600 Army Navy Drive*
*Arlington, VA 22202-4210*

October 18, 1999

MEMORANDUM TO: All U.S. Marshals and Suboffices
All Headquarters Divisions and General Counsel

FROM: George R. Havens
Acting Director

SUBJECT: Merit Promotion Opportunity

---

**POSITION TITLE:** CDUSM

**SERIES & GRADE:** GS-1811-15

**ANNOUNCEMENT NO:** 99-078 **LOCATION:** D/Puerto Rico

---

**OPENING DATE:** OCT 20 1999 **CLOSING DATE:** NOV 10 1999

---

# NOTICE: VACANCIES ARE NOW BEING FILLED USING THE 1998-99 MERIT PROMOTION OPEN SEASON APPLICATIONS AND THE 1998 MERIT PROMOTION EXAM SCORES.

To be eligible to apply, candidates must have taken the 1998 Merit Promotion Examination, submitted a USM-280 (rev. 11/98) during the 1998-99 open season, and have served at least 1 year in an operational (U.S. Marshals Service Law Enforcement) position at the next lower grade than the position desired (e.g. for a GS-13 position, applicants must have 1 year at the GS-12 level).

**FOR COMPETITIVE CANDIDATES:**

Selective Factor: Any selectee for this MPA must be a current participant in the FIT program.

In order to apply, applicants must submit the following:

1. A USM-91 "Request for Consideration for Merit Promotion Opportunities".

2. A copy of the most recent annual performance rating (USM-540).

3. A completed copy of a "Fitness Assessment Summary" form dated within the last 6 months.

4. A resume and optional cover letter from Section VI of the 11/98 version of the USM-280.

**All four of these documents must be completed and submitted for each MPA for which consideration is desired. For example, to apply for the vacancy listed on this announcement, you must submit all documents listed in numbers 1 - 4. If you apply for another vacancy announced next month, you will need to submit a second, separate package of all the documents listed in numbers 1 - 4 above.**

This information should be sent to: **U.S. Marshals Service, 600 Army Navy Drive, Suite 820, Arlington, VA 22202, ATTN: Janeen Tyson.** Applications must be postmarked by the closing date of the announcement.

Candidates certified for GS-13 and GS-15 positions are further evaluated by a structured interview. Candidates certified for GS-14 positions are further evaluated by an assessment center.

Requests for consideration will be accepted from applicants who have not yet met the time in grade requirement for length of experience, provided that the applicants will fully meet the requirements by the time the action is effected (30 days after the closing date).

Evaluation Methods: Candidates will be evaluated on experience, education, training, awards, and Merit Promotion Exam.

**OPPORTUNITIES FOR REASSIGNMENT ARE NO LONGER ANNOUNCED PRIOR TO THE COMPETITIVE ANNOUNCEMENT. CANDIDATES FOR REASSIGNMENT MAY APPLY AT THE SAME TIME AS COMPETITIVE APPLICANTS, AND WILL BE CONSIDERED FOR REASSIGNMENT.**

**FOR REASSIGNMENT CANDIDATES:**

Any GS-1811 employee who is currently at the grade level of the vacancy announced may apply as a lateral reassignment. Requests for reassignment must be mailed to Janeen Tyson, 600 Army Navy Drive, Arlington, VA 22202, or sent by FAX to (703) 603-0392. Reassignment requests **MUST BE RECEIVED** by the closing date.

Reassignment candidates are required to complete a resume from Section VI of the updated USM-280 (rev. 11/98) and updated USM-281 (rev. 11/98).

Candidates selected for reassignment by this method will be eligible for the same relocation expenses as those who are selected through competitive methods for the same grade level.

Additionally, candidates already at the grade level of the vacancy announcement may also apply competitively. To be eligible, these candidates must have a 1998 Merit Promotion Exam score, a USM-280 (rev. 11/98) submitted during the open season time frame, and must also submit all four documents listed on page 2.

**IMPORTANT NOTICE:** This memorandum must be reviewed by all eligible employees. Employees who are eligible, and are absent from their official duty stations, **MUST** be contacted and advised of the contents of this memorandum.

**THIS POSITION IS SUBJECT TO RANDOM DRUG TESTING BY URINALYSIS.**

The Marshals Service is an Equal Opportunity Employer.





**U.S. Department of Justice**

United States Marshals Service

7260

*Director*

*600 Army Navy Drive*
*Arlington, VA 22202-4210*

February 22, 2000

MEMORANDUM TO: All U.S. Marshals and Sub-offices
All Headquarters Divisions and General Counsel

FROM: John W. Marshall
Director

SUBJECT: Cancellation of MPA # 99-078

The following position is canceled:

---

**POSITION TITLE:** CDUSM

**SERIES & GRADE:** GS-1811-15

**ANNOUNCEMENT NO:** 99-078 **DUTY STATION:** D/Puerto Rico

---