Table C.
U.S. District Courts—Civil Cases Commenced, Terminated, and Pending
During the 12-Month Periods Ending September 30, 2004 and 2005

| Circuit | Filings 2004 | Filings 2005 | Percent Change | Terminations 2004 | Terminations 2005 | Percent Change | Pending 2004[1] | Pending 2005 | Percent Change |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 281,338 | 253,273 | -10.0 | 252,761 | 271,753 | 7.5 | 284,696 | 266,216 | -6.5 |
| DC | 2,449 | 2,698 | 10.2 | 2,699 | 2,595 | -3.9 | 3,216 | 3,319 | 3.2 |
| 1ST | 6,604 | 6,319 | -4.3 | 8,551 | 8,483 | -1.0 | 7,467 | 7,303 | -2.2 |
| ME | 492 | 478 | -2.9 | 540 | 511 | -5.4 | 352 | 319 | -9.4 |
| MA | 3,312 | 3,270 | -1.3 | 3,180 | 3,189 | 0.3 | 3,922 | 4,003 | 2.1 |
| NH | 522 | 483 | -7.5 | 563 | 577 | 2.5 | 518 | 424 | -18.2 |
| RI | 826 | 572 | -30.8 | 667 | 565 | -15.3 | 777 | 784 | 0.9 |
| PR | 1,452 | 1,516 | 4.4 | 1,601 | 1,641 | 2.5 | 1,898 | 1,773 | -6.6 |
| 2ND | 22,804 | 23,679 | 3.8 | 22,475 | 22,508 | 0.1 | 30,608 | 31,778 | 3.8 |
| CT | 2,341 | 2,172 | -7.2 | 2,310 | 2,331 | 0.9 | 3,058 | 2,899 | -5.2 |
| NY,N | 1,545 | 1,659 | 7.4 | 1,556 | 1,583 | 1.6 | 2,552 | 2,628 | 3.0 |
| NY,E | 5,956 | 6,343 | 6.5 | 6,680 | 6,537 | -2.2 | 7,595 | 7,401 | -2.6 |
| NY,S | 10,859 | 11,453 | 5.5 | 10,141 | 9,872 | -2.7 | 14,346 | 15,927 | 11.0 |
| NY,W | 1,741 | 1,661 | -4.6 | 1,469 | 1,789 | 21.8 | 2,701 | 2,573 | -4.7 |
| VT | 362 | 391 | 8.0 | 317 | 396 | 24.9 | 356 | 351 | -1.4 |
| 3RD | 29,686 | 29,986 | 1.0 | 25,789 | 28,769 | 11.5 | 23,031 | 24,258 | 5.3 |
| DE | 1,655 | 1,055 | -36.3 | 1,400 | 1,290 | -7.9 | 1,950 | 1,715 | -12.1 |
| NJ | 6,624 | 6,572 | -0.8 | 6,501 | 6,559 | 0.9 | 6,039 | 6,052 | 0.2 |
| PA,E | 15,263 | 16,427 | 7.8 | 11,839 | 14,732 | 24.4 | 8,997 | 10,692 | 18.8 |
| PA,M | 2,993 | 2,740 | -8.5 | 2,741 | 2,969 | 8.0 | 2,286 | 2,037 | -10.9 |
| PA,W | 2,835 | 2,801 | -1.2 | 3,046 | 2,924 | -4.0 | 2,791 | 2,668 | -4.4 |
| VI | 316 | 391 | 23.7 | 262 | 265 | 1.1 | 968 | 1,094 | 13.0 |
| 4TH | 39,853 | 18,765 | -52.7 | 19,716 | 41,777 | 111.9 | 37,762 | 14,750 | -60.9 |
| MD | 4,146 | 3,779 | -8.9 | 3,707 | 4,451 | 20.1 | 3,770 | 3,098 | -17.8 |
| NC,E | 1,498 | 1,440 | -3.9 | 1,436 | 1,347 | -6.2 | 1,378 | 1,471 | 6.7 |
| NC,M | 1,231 | 1,190 | -3.3 | 1,199 | 1,232 | 2.8 | 1,096 | 1,054 | -3.8 |
| NC,W | 1,114 | 987 | -11.4 | 1,003 | 1,130 | 12.7 | 1,181 | 1,038 | -12.1 |
| SC | 23,599 | 3,969 | -83.2 | 4,434 | 24,178 | 445.3 | 23,467 | 3,258 | -86.1 |
| VA,E | 4,498 | 4,054 | -9.9 | 4,291 | 4,491 | 4.7 | 2,428 | 1,991 | -18.0 |
| VA,W | 1,492 | 1,334 | -10.6 | 1,712 | 1,562 | -8.8 | 1,085 | 857 | -21.0 |
| WV,N | 667 | 670 | 0.4 | 693 | 636 | -8.2 | 699 | 733 | 4.9 |
| WV,S | 1,408 | 1,342 | -4.7 | 1,241 | 2,750 | 121.6 | 2,658 | 1,250 | -53.0 |

152

## Table C. (September 30, 2005—Continued)

| Circuit | | Filings | | | Terminations | | | Pending | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | | 2004 | 2005 | Percent Change | 2004 | 2005 | Percent Change | 2004* | 2005 | Percent Change |
| 5TH | | 32,083 | 32,671 | 1.8 | 33,576 | 30,191 | -10.2 | 34,221 | 36,741 | 7.4 |
| | LA,E | 3,393 | 4,774 | 40.7 | 3,228 | 2,994 | -7.3 | 3,271 | 5,051 | 54.4 |
| | LA,M | 1,078 | 1,421 | 31.8 | 1,008 | 1,020 | 1.2 | 8,848 | 9,249 | 4.5 |
| | LA,W | 2,690 | 2,458 | -8.6 | 2,542 | 2,660 | 4.6 | 2,622 | 2,420 | -7.7 |
| | MS,N | 1,452 | 1,184 | -17.8 | 1,398 | 1,309 | -6.4 | 1,595 | 1,480 | -7.2 |
| | MS,S | 3,264 | 4,145 | 27.0 | 4,121 | 3,330 | -19.2 | 3,628 | 4,443 | 22.5 |
| | TX,N | 5,427 | 4,790 | -11.7 | 6,040 | 5,126 | -15.1 | 3,778 | 3,442 | -8.9 |
| | TX,E | 3,285 | 3,004 | -8.6 | 3,684 | 3,037 | -17.6 | 2,533 | 2,500 | -1.3 |
| | TX,S | 8,233 | 7,172 | -12.9 | 8,310 | 7,229 | -13.0 | 5,447 | 5,390 | -1.1 |
| | TX,W | 3,261 | 3,713 | 13.9 | 3,245 | 3,446 | 6.2 | 2,499 | 2,766 | 10.7 |
| 6TH | | 27,441 | 25,759 | -6.1 | 24,104 | 21,944 | -9.0 | 36,701 | 40,516 | 10.4 |
| | KY,E | 2,301 | 2,287 | -0.6 | 2,548 | 2,256 | -11.5 | 1,814 | 1,845 | 1.7 |
| | KY,W | 1,422 | 1,443 | 1.5 | 1,572 | 1,535 | -2.4 | 1,427 | 1,335 | -6.5 |
| | MI,E | 4,871 | 5,625 | 15.5 | 4,764 | 5,002 | 5.0 | 19,272 | 19,895 | 3.2 |
| | MI,W | 1,762 | 1,619 | -8.1 | 1,652 | 1,724 | 4.4 | 1,276 | 1,171 | -8.2 |
| | OH,N | 9,558 | 7,951 | -16.8 | 6,377 | 3,995 | -37.4 | 4,686 | 8,642 | 84.4 |
| | OH,S | 2,862 | 2,552 | -10.8 | 2,657 | 2,789 | 5.0 | 3,327 | 3,090 | -7.1 |
| | TN,E | 1,685 | 1,484 | -11.9 | 1,698 | 1,697 | -0.1 | 1,841 | 1,628 | -11.6 |
| | TN,M | 1,573 | 1,389 | -11.7 | 1,641 | 1,690 | 3.0 | 1,607 | 1,286 | -20.0 |
| | TN,W | 1,407 | 1,429 | 1.6 | 1,195 | 1,256 | 5.1 | 1,451 | 1,624 | 11.9 |
| 7TH | | 19,736 | 17,602 | -10.8 | 20,423 | 18,032 | -11.7 | 15,437 | 15,007 | -2.8 |
| | IL,N | 9,615 | 8,128 | -15.5 | 10,549 | 8,027 | -23.9 | 6,803 | 6,904 | 1.5 |
| | IL,C | 1,142 | 1,139 | -0.3 | 1,103 | 1,138 | 3.2 | 1,017 | 1,018 | 0.1 |
| | IL,S | 1,268 | 1,266 | -0.2 | 1,184 | 1,295 | 11.3 | 1,335 | 1,306 | -2.2 |
| | IN,N | 2,097 | 1,927 | -8.1 | 2,107 | 2,035 | -3.4 | 1,743 | 1,635 | -6.2 |
| | IN,S | 3,142 | 2,887 | -8.1 | 3,203 | 3,172 | -1.0 | 2,815 | 2,530 | -10.1 |
| | WI,E | 1,550 | 1,394 | -10.1 | 1,424 | 1,414 | -0.7 | 1,385 | 1,365 | -1.5 |
| | WI,W | 922 | 861 | -6.6 | 873 | 951 | 8.9 | 339 | 249 | -26.6 |
| 8TH | | 17,370 | 16,246 | -6.5 | 15,986 | 15,736 | -1.6 | 18,628 | 19,138 | 2.7 |
| | AR,E | 2,662 | 3,700 | 39.0 | 2,359 | 2,389 | 1.3 | 2,432 | 3,743 | 53.9 |
| | AR,W | 1,264 | 844 | -33.2 | 1,304 | 1,117 | -14.4 | 1,025 | 752 | -26.6 |
| | IA,N | 607 | 668 | 9.7 | 614 | 617 | 0.5 | 548 | 597 | 8.9 |
| | IA,S | 1,022 | 965 | -5.6 | 1,014 | 1,008 | -0.6 | 965 | 912 | -4.5 |
| | MN | 5,603 | 3,215 | -42.6 | 4,340 | 3,969 | -8.6 | 8,203 | 7,449 | -9.2 |
| | MO,E | 2,143 | 2,637 | 23.1 | 2,106 | 2,492 | 18.3 | 2,015 | 2,160 | 7.2 |
| | MO,W | 2,314 | 2,518 | 8.8 | 2,387 | 2,360 | -0.3 | 1,877 | 2,035 | 8.4 |
| | NE | 1,063 | 1,020 | -4.1 | 1,158 | 1,033 | -10.8 | 897 | 884 | -1.5 |
| | ND | 289 | 269 | -6.9 | 312 | 264 | -15.4 | 229 | 234 | 2.2 |
| | SD | 403 | 412 | 2.2 | 412 | 487 | 18.2 | 447 | 372 | -16.8 |

153

154

Table C. (September 30, 2005—Continued)

| Circuit | | Filings | | | Terminations | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2004 | 2005 | Percent Change | 2004 | 2005 | Percent Change | 2004[1] | 2005 | Percent Change |
| 9TH | | 43,944 | 41,662 | -5.2 | 41,245 | 43,349 | 5.1 | 42,704 | 41,017 | -4.0 |
| | AK | 374 | 380 | -3.8 | 377 | 381 | 1.1 | 386 | 365 | -5.5 |
| | AZ | 3,530 | 4,887 | 38.4 | 3,286 | 4,057 | 23.5 | 3,701 | 4,531 | 22.4 |
| | CA,N | 5,785 | 5,465 | -5.5 | 5,664 | 6,073 | 7.4 | 6,212 | 5,604 | -9.8 |
| | CA,E | 4,631 | 4,290 | -7.4 | 4,255 | 4,238 | -0.4 | 5,436 | 5,488 | 1.0 |
| | CA,C | 14,415 | 12,598 | -12.6 | 13,059 | 13,951 | 6.8 | 12,624 | 11,271 | -10.7 |
| | CA,S | 2,845 | 2,708 | -4.8 | 2,925 | 2,823 | -3.5 | 2,049 | 1,934 | -5.6 |
| | HI | 772 | 791 | 2.5 | 812 | 783 | -3.6 | 747 | 755 | 1.1 |
| | ID | 659 | 591 | -10.3 | 850 | 609 | -6.3 | 734 | 716 | -2.5 |
| | MT | 725 | 652 | -10.1 | 847 | 851 | 0.6 | 860 | 861 | 0.1 |
| | NV | 2,557 | 2,410 | -5.8 | 2,497 | 2,424 | -2.9 | 2,508 | 2,494 | -0.6 |
| | OR | 2,537 | 2,614 | 3.0 | 2,351 | 2,508 | 6.7 | 2,441 | 2,547 | 4.3 |
| | WA,E | 956 | 808 | -15.5 | 966 | 883 | -8.6 | 683 | 608 | -11.0 |
| | WA,W | 4,075 | 3,411 | -16.3 | 3,687 | 3,856 | 4.6 | 4,191 | 3,746 | -10.6 |
| | GUAM | 52 | 41 | -21.2 | 54 | 71 | 31.5 | 74 | 44 | -40.6 |
| | NMI | 31 | 36 | 16.1 | 25 | 41 | 64.0 | 58 | 53 | -8.6 |
| 10TH | | 11,177 | 10,612 | -5.1 | 12,049 | 11,043 | -8.4 | 10,019 | 9,588 | -4.3 |
| | CO | 2,847 | 2,661 | -6.5 | 2,959 | 2,803 | -5.3 | 2,430 | 2,288 | -5.9 |
| | KS | 1,744 | 1,700 | -2.5 | 1,968 | 1,784 | -9.4 | 1,641 | 1,557 | -5.1 |
| | NM | 1,486 | 1,424 | -4.2 | 1,586 | 1,557 | -1.8 | 1,409 | 1,276 | -9.4 |
| | OK,N | 993 | 821 | -17.3 | 1,021 | 819 | -19.8 | 997 | 999 | 0.2 |
| | OK,E | 638 | 572 | -10.4 | 736 | 583 | -20.8 | 529 | 518 | -2.1 |
| | OK,W | 1,713 | 1,768 | 3.2 | 1,966 | 1,753 | -10.8 | 1,169 | 1,184 | 1.3 |
| | UT | 1,402 | 1,294 | -7.7 | 1,428 | 1,371 | -4.1 | 1,493 | 1,416 | -5.2 |
| | WY | 354 | 372 | 5.1 | 384 | 373 | -2.9 | 351 | 350 | -0.3 |
| 11TH | | 28,391 | 27,274 | -3.9 | 28,148 | 29,376 | 4.4 | 24,902 | 22,800 | -8.5 |
| | AL,N | 3,694 | 2,937 | -20.5 | 3,454 | 3,817 | 10.5 | 3,700 | 2,820 | -23.8 |
| | AL,M | 1,252 | 1,296 | 3.5 | 1,265 | 1,248 | -1.4 | 1,221 | 1,269 | 3.9 |
| | AL,S | 899 | 788 | -12.4 | 955 | 811 | -15.1 | 709 | 685 | -3.3 |
| | FL,N | 1,495 | 1,505 | 0.7 | 1,423 | 1,878 | 32.0 | 1,564 | 1,191 | -23.9 |
| | FL,M | 7,253 | 7,009 | -3.4 | 6,870 | 7,067 | 1.4 | 5,517 | 5,459 | -1.1 |
| | FL,S | 6,720 | 7,138 | 6.2 | 7,129 | 7,380 | 3.5 | 6,290 | 6,048 | -3.9 |
| | GA,N | 4,822 | 4,210 | -12.7 | 4,676 | 5,002 | 7.0 | 3,982 | 3,190 | -19.9 |
| | GA,M | 1,189 | 1,159 | -2.5 | 1,192 | 1,178 | -1.2 | 1,115 | 1,096 | -1.7 |
| | GA,S | 1,067 | 1,232 | 15.5 | 1,084 | 995 | -8.2 | 805 | 1,042 | 29.4 |

NOTE: PERCENT CHANGE NOT COMPUTED WHEN FEWER THAN 10 CASES REPORTED FOR THE PREVIOUS PERIOD. PENDING CASES EXCLUDE ASBESTOS CASES TRANSFERRED TO PA,E UNDER ORDER 875 OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION.
[1] REVISED.